UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

AEM, INC., d/b/a MIRABILIS HR,      CASE NO.: 6:08-cr-231-Orl-28KRS
AQMI STRATEGY CORPORATION,
MIRABILIS VENTURES, INC.,
PRESIDION SOLUTIONS, INC., and
PROFESSIONAL BENEFIT SOLUTIONS,
d/b/a PRESIDION SOLUTIONS VII, INC.
_____/

## JOINT MOTION TO CONTINUE TRIAL

COMES NOW the Plaintiff, UNITED STATES OF AMERICA (hereinafter the "United States") and Defendants AEM, INC. d/b/a MIRABILIS HR and MIRABILIS VENTURES, INC. (hereinafter the "Defendants") and hereby jointly move this Court to continue the trial in this matter until the May 2009 trial calendar, and in support thereof, state as follows:

1. Defendants were arraigned on December 17, 2008, and this matter is currently scheduled for trial during the Court's trial calendar beginning February 1, 2009.

2. The United States and Defendants have tentatively reached a plea agreement, which is in part dependent upon a Motion for Approval of Compromise of Controversy by and between Debtors (the Defendants herein) and the United

1

State, currently filed and pending before the United States Bankruptcy Court, Middle District, Orlando Division, Case No. 6:08-bk-04327-KSJ (Honorable Karen S. Jennemann).

3.   The Motion for Approval of Compromise of Controversy is set for hearing on February 18, 2009 before the United States Bankruptcy Court, at which time it is expected that Judge Jennemann will approve the Motion for Approval of Compromise of Controversy, which will then allow the United States and Defendants to finalize their plea agreement.

4.   In addition, pursuant to the Status Conference held before this Court on the morning of February 14, 2009, the United States needs additional time to conduct legal research into the issue of how the currently unrepresented co-defendants may either obtain counsel, or proceed to trial or enter into plea agreements without counsel.

5.   All of the above issues require additional time for resolution and the additional time will not only work in the best interest of the moving parties, but will also conserve valuable judicial resources and promote the economical administration of justice.

6.   This motion is not brought for the purpose of harassment or delay.

7.   All counsel for represented parties join in to the relief sought herein.

8.   This is the first continuance sought by either the United States or the

Defendants in this cause.

WHEREFORE, the Plaintiff, UNITED STATES OF AMERICA and Defendants AEM, INC. d/b/a MIRABILIS HR and MIRABILIS VENTURES, INC., respectfully request this Honorable Court continue the trial in this matter until the May 2009 trial calendar.

Dated this 23rd day of January, 2009.

| | |
|---|---|
| BARRETT, CHAPMAN, & RUTA<br>18 Wall Street<br>Orlando, FL 32801<br>lee@bcrlaw.net<br>Tel: (407) 839-6227<br>Fax: (407) 648-1190<br>Attorneys for Defendants AEM, INC.<br>d/b/a MIRABILIS HR and MIRABILIS<br>VENTURES, INC. | I. Randall Gold<br>Assistant United States Attorney<br>Deputy Chief, Orlando Division<br>501 West Church Street, Suite 300<br>Orlando, Florida 32805<br>randy.gold@usdoj.gov<br>Tel: 407-648-7506<br>Fax: 407-648-7643 |
| s/Richard Lee Barrett<br>Richard Lee Barrett<br>Florida Bar #0407161 | s/I. Randall Gold<br>I. Randall Gold<br>Florida Bar # 268062 |