UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                    Case No. 6:08-cr-231-Orl-28KRS

AEM, INC.
AQMI STRATEGY CORPORATION
MIRABILIS VENTURES, INC.
PRESIDION SOLUTIONS, INC.
PROFESSIONAL BENEFIT SOLUTIONS

AUSA Lakesia Mosley
Defense Atty.: Lee Barrett/ Frank Amadeo (not present)

| JUDGE | Karla R. Spaulding<br>United States Magistrate<br>Judge | DATE AND TIME | February 6, 2009<br>9:30-9:35 |
|---|---|---|---|
| DEPUTY CLERK | Edward C. Jackson | TAPE/REPORTER | DIGITAL |
| INTERPRETER | None | PRETRIAL/PROB: | No One Present |

## CLERK'S MINUTES
## Arraignment on Superseding Indictment

Case called; appearances taken; procedural setting by the Court.
Defendant filed waivers of defendant's presence at arraignment and entry of not guilty plea.
Court accepted and signed the waiver in open Court and entered pleas of not guilty on their behalf.
Previously set dates to remain.