UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

AEM, INC., d/b/a MIRABILIS HR,        CASE NO.: 6:08-cr-23l-Orl-28KRS
AQMI STRATEGY CORPORATION,
HOTH HOLDINGS, LLC,
MIRABILIS VENTURES, INC.,
PRESIDION SOLUTIONS, INC., and
PROFESSIONAL BENEFIT SOLUTIONS,
d/b/a PRESIDION SOLUTIONS VII, INC.

    Defendants.
_____/

## JOINT MOTION TO CONTINUE TRIAL

COME NOW the Plaintiff, UNITED STATES OF AMERICA (hereinafter the "United States") and Defendants HOTH HOLDINGS, LLC, AEM, INC. d/b/a MIRABILIS HR and MIRABILIS VENTURES, INC. (hereinafter the "Defendants") and hereby jointly move this Court to continue the trial in this matter until the July 1, 2009 trial term and, in support thereof, state as follows:

1. Defendants AEM, INC. d/b/a MIRABILIS HR, MIRABILIS VENTURES, INC. and were arraigned on December 17, 2008, and Defendant HOTH HOLDINGS, LLC was arraigned on February 24, 2009. Defendants AEM, INC. d/b/a MIRABILIS HR, MIRABILIS VENTURES, INC. were originally set for trial on February 1, 2009.

2. On January 23, 2009, the parties moved the Court for a continuance of the trial (Dkt. 26), and the Court entered its Order continuing the trial for Defendants AEM, INC. d/b/a MIRABILIS HR and MIRABILIS VENTURES, INC. for the trial term commencing May 4, 2009 (Dkt. 37).

3. On February 24, 2009, Defendant HOTH HOLDINGS, LLC was arraigned and trial was set for April 6, 2009 (Dkt. 54).

4. Since all of the claims brought against these Defendants are intertwined each with the other, on March 19, 2009, the Government and each of the Defendants moved to consolidate the parties for purposes of trial, and requested the Court to reschedule Defendant HOTH HOLDINGS, LLC's trial from April 6, 2009 to the May 4, 2009 trial date (Dkt. 56). The Court granted the parties Joint Motion on March 23, 2009 (Dkt. 59).

5. On April 24, 2009, the parties moved the Court to continue the trial until the June 1, 2009 trial term (Dkt. 63), and the Court granted the parties joint motion on April 28, 2009 continuing the trial until the June 1, 2009 trial term (Dkt. 67).

6. The Government and the Defendants have tentatively reached plea agreements which must also be coordinated with the United States Bankruptcy Court, Middle District, Orlando Division, Case No. 6:08-bk-04327-KSJ, The Honorable Karen S. Jennemann presiding.

7. The parties herein require additional time to finalize the plea agreements, and the additional time will not only work in the best interest of the moving parties, but will also conserve valuable judicial resources and promote the economical administration of justice.

8. This Motion is not brought for the purpose of harassment or delay.

9. Undersigned counsel has conferred with Government's counsel, Mr. Gold, and Mr. Gold agrees and joins in to the relief sought herein.

WHEREFORE, the Plaintiff, UNITED STATES OF AMERICA and Defendants HOTH HOLDINGS, LLC, AEM, INC. d/b/a MIRABILIS HR and MIRABILIS VENTURES, INC., respectfully request this Honorable Court to continue the trial until the July 1, 2009 trial term, or at a later date as this Court may deem proper.

Dated this 26th day of May, 2009.

| | |
|---|---|
| BARRETT, CHAPMAN, & RUTA, P.A.<br>18 Wall Street<br>Orlando, FL 32801<br>lee@bcrlaw.net<br>Tel: (407) 839-6227<br>Fax: (407) 648-1190<br>Attorneys for Defendants | I. Randall Gold<br>Assistant United States Attorney<br>Deputy Chief, Orlando Division<br>501 West Church Street, Suite 300<br>Orlando, Florida 32805<br>randy.gold@usdoj.gov |
| s/Richard Lee Barrett<br>Richard Lee Barrett<br>Florida Bar #0407161 | s/I. Randall Gold<br>I. Randall Gold<br>Florida Bar # 268062 |