United States District Court
Middle District of Florida
Orlando Division

United States of America

versus                                             Case No. 6:08-cr-231-JA-KRS

AEM, Inc., et al.
_____/

**Emergency Motion For Medical Relief**

Counsel herein is appointed appellate counsel for Frank L. Amodeo, appeal number 09-12937-H, (appealing district court case number 6:08-cr-176-GJK and now pending before the United States Court of Appeals for the Eleventh Circuit.

Frank L. Amodeo is the pro se legal representative of AEM, Inc., the above captioned defendant. Until the past week Frank L. Amodeo was incarcerated at the Bureau of Prisons facility in Coleman, Florida. In order to appear for a hearing in the captioned matter Amodeo was brought to Orlando where he is now incarcerated at the Orange County Correctional Facility.

Amodeo suffers from a serious mental condition that requires specific and continuous pharmaceutical intervention. Since leaving

the BOP facility Amodoe has not received his prescribed medications and as a consequence his condition is rapidly deteriorating.

It is acknowledged that during the course of litigation Amodeo will need to be away from the BOP facility. However, wherever Amodeo is held he needs to be provided with his prescribed medications.

Apart from the very real limitations that Amodeo's condition presents for the captioned case that condition also impedes Amodeo's ability to assist counsel herein with appeal issues.

Wherefore counsel moves for an order of this court directing that Amodeo be provided his prescribed medications wherever he is held.

## Certificate of Service

The foregoing was, on the last date showing, filed electronically with the Clerk of the Court using the CM/ECF system.

/s/ *Tom Dale*
Tom Dale
FB# 52043
PO Box 14
Orlando, FL 32802
407/245-7055
407/245-1242 (fax)
dalelaw@cfl.rr.com
(CJA counsel)

1 September 2009

Case 6:08-cr-00231-JA-KRS    Document 90    Filed 09/01/2009    Page 3 of 3