UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.     CASE NO.  6:08-cr-231-Orl-28KRS

AEM, INC., d/b/a MIRABILIS HR,
AQMI STRATEGY CORPORATION,
HOTH HOLDINGS, LLC,
MIRABILIS VENTURES, INC.,
PRESIDION SOLUTIONS, INC.,
PROFESSIONAL BENEFIT SOLUTIONS,
  d/b/a PRESIDION SOLUTIONS VII, INC.

**UNITED STATES' RESPONSE IN SUPPORT OF DEFENDANT'S
EMERGENCY MOTION FOR MEDICAL RELIEF**[1]

The United States of America, by A. Lee Bentley, III, Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515, hereby files its response in support of defendant's Emergency Motion for Medical Relief, and in support thereof, states as follows:

1.   Frank L. Amodeo, as the pro se representative of defendants AQMI Strategy Corporation, Presidion Solutions, Inc., and Professional Benefit Solutions, was brought to this Court from the Bureau of Prisons in Coleman, Florida on August 27, 2009, for a status conference.

---

[1] Although the instant motion was filed by Tom Dale, Esquire, Amodeo's attorney for his appellate proceedings in Amodeo's criminal case, who has no standing to file the instant motion, the United States is not seeking to strike the instant motion.

2. At the status conference, Amodeo informed undersigned counsel that he had not received his medications the night before.[2] This was done in the presence of representatives of the United States Marshals Service. Upon the conclusion of the hearing, undersigned counsel advised the Marshals that Amodeo should be sent back to Coleman as soon as possible so that he could receive his medications, as his presence was not required until November 23, 2009. Until the receipt of the instant motion, undersigned counsel was unaware that Amodeo had not been transferred back to Coleman or that his medication was still an issue.

3. Undersigned counsel spoke with the Marshals on September 2, 2009. Amodeo was transported back to Coleman on September 2, 2009. Like undersigned counsel, the Marshals Service was unaware that the medical issue was a continuing problem, but it is now a moot issue.

4. Undersigned counsel has advised the Marshals Service that, when Amodeo's presence is required for further proceedings in this case, any institution that houses Amodeo must make sure the Amodeo is given his medication. The Marshals Service advised undersigned counsel that, for future court proceedings, Amodeo will be housed at the Seminole County Jail rather than the Orange County Jail, as they are better at dealing with medical issues.

---

[2] The United States is aware of Amodeo's medical issues, having prosecuted him in Case No. 6:08-cr-176-Orl-28KRS.

        Respectfully submitted,

        A. LEE BENTLEY, III
        Attorney for the United States,
        Acting Under Authority Conferred by
          28 U.S.C. § 515


By:   *s/ I. Randall Gold*
      Assistant United States Attorney
      Deputy Chief, Orlando Division
      Florida Bar Number 0268062
      501 West Church Street, Suite 300
      Orlando, Florida  32805
      Telephone:   (407) 648-7500
      Facsimile:    (407) 648-7643
      E-mail:         randy.gold@usdoj.gov

**U.S. v. AEM, INC., d/b/a MIRABILIS HR, et al.**     Case No. 6:08-cr-231-Orl-28KRS

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>AEM, INC., d/b/a MIRABILIS HR
>MIRABILIS VENTURES, INC.
>HOTH HOLDINGS, LLC
>c/o Richard Lee Barrett, Esquire
>18 Wall Street
>Orlando, FL  32801
>Tom Dale, Esquire

I hereby certify that on September 2, 2009, a true and correct copy of the foregoing document and the notice of electronic filing was sent by U.S. Mail to the following non-CM/ECF participant(s):

>PRESIDION SOLUTIONS, INC.
>AQMI STRATEGY CORPORATION
>PROFESSIONAL BENEFIT SOLUTIONS, d/b/a PRESIDION SOLUTIONS
>    VII, INC.
>c/o Frank L. Amodeo
>Reg. No. 48883-019
>FCI Coleman Low
>Federal Correctional Institution
>P.O. Box 1031
>Coleman, FL  33521

>*s/ I. Randall Gold*
>Assistant United States Attorney
>Deputy Chief, Orlando Division
>Florida Bar Number 0268062
>501 West Church Street, Suite 300
>Orlando, Florida  32805
>Telephone:   (407) 648-7500
>Facsimile:   (407) 648-7643
>E-mail:      randy.gold@usdoj.gov