UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,
v.
AEM, INC., d/b/a MIRABILIS HR,       CASE NO.: 6:08-cr-23l-Orl-28KRS
AQMI STRATEGY CORPORATION,
HOTH HOLDINGS, LLC,
MIRABILIS VENTURES, INC.,
PRESIDION SOLUTIONS, INC., and
PROFESSIONAL BENEFIT SOLUTIONS,
d/b/a PRESIDION SOLUTIONS VII, INC.

    Defendants.
_____/

**JOINT MOTION TO CONTINUE TRIAL AS TO DEFENDANTS AEM, INC., HOTH HOLDINGS, LLC, AND MIRABILIS VENTURES, INC.,** [1]

    COME NOW the Plaintiff, UNITED STATES OF AMERICA (hereinafter the "United States") and defendants HOTH HOLDINGS, LLC, AEM, INC. d/b/a MIRABILIS HR and MIRABILIS VENTURES, INC. (hereinafter the "Defendants") and hereby jointly move this Court to continue the trial in this matter until the January 3, 2010 trial term and, in support thereof, state as follows:

    1.    Defendants AEM, INC. d/b/a MIRABILIS HR, MIRABILIS VENTURES, INC. and were arraigned on December 17, 2008, and defendant

---

[1] The United States will dismiss the charges against the three remaining defendants once the final order of forfeiture has been signed. The motion for the entry of the final order was filed on November 10, 2009.

1

HOTH HOLDINGS, LLC was arraigned on February 24, 2009. Defendants AEM, INC. d/b/a MIRABILIS HR, MIRABILIS VENTURES, INC. were originally set for trial on February 1, 2009.

2. On January 23, 2009, the parties moved the Court for a continuance of the trial (Dkt. 26), and the Court entered its Order continuing the trial for Defendants AEM, INC. d/b/a MIRABILIS HR and MIRABILIS VENTURES, INC. for the trial term commencing May 4, 2009 (Dkt. 37).

3. On February 24, 2009, Defendant HOTH HOLDINGS, LLC was arraigned and trial was set for April 6, 2009 (Dkt. 54).

4. Since all of the claims brought against these Defendants are intertwined each with the other, on March 19, 2009, the Government and each of the Defendants moved to consolidate the parties for purposes of trial, and requested the Court to reschedule defendant HOTH HOLDINGS, LLC's trial from April 6, 2009 to the May 4, 2009 trial date (Dkt. 56). The Court granted the parties Joint Motion on March 23, 2009 (Dkt. 59).

5. On April 24, 2009, the parties moved the Court to continue the trial until the June 1, 2009 trial term (Dkt. 63), and the Court granted the parties joint motion on April 28, 2009 (Dkt. 67).

6. On May 26, 2009, the parties moved the Court to continue the trial until the July 1, 2009 trial term (Dkt. 73), and the Court granted the parties joint motion on May 27, 2009 (Dkt. 74).

7. On June 24, 2009, the parties moved the Court to continue the trial until the September 2009 trial term (Dkt. 79), and the Court granted the parties joint motion on July 8, 2009 (Dkt. 81).

8. On August 21, 2009, the parties moved the Court to continue the trial until the November 2009 trial term (Dkt. 85), and the Court granted the parties joint motion at the status conference on August 28, 2009 (Dkt. 86), continuing the trial until November 23, 2009.

9. The Government and the Defendants have tentatively reached plea agreements which must also be coordinated with the United States Bankruptcy Court, Middle District, Orlando Division, Case No. 6:08-bk-04327-KSJ, The Honorable Karen S. Jennemann presiding. The Chapter 11 Bankruptcy Plans for the three defendants were confirmed on October 26, 2009. The details of the plea agreement, however, could not be finalized until the Bankruptcy Court entered its Order Approving Motion to Approve Compromise of Controversy between Debtors and the United States of America, which Order became effective on November 6, 2009. Counsel for the defendants was out of the country from October 30 through November 10, 2009 and was unable to devote any attention to

the plea agreements during that time. Since that time, the parties have continued to finalize the details of the plea agreements. Counsel for the United States will be out of town from November 24, 2009 to November 27, 2009. Counsel for the defendants is expected to begin a trial during the two-week trial period beginning December 7, 2009 (the case has not been settled and the date is a date certain). The Christmas and New Year's holidays will then take up the rest of December 2009.

     10. The parties herein require additional time to finalize the plea agreements, and the additional time will not only work in the best interest of the moving parties, but will also conserve valuable judicial resources and promote the economical administration of justice.

     11. This Motion is not brought for the purpose of harassment or delay.

WHEREFORE, the Plaintiff, UNITED STATES OF AMERICA and Defendants HOTH HOLDINGS, LLC, AEM, INC. d/b/a MIRABILIS HR and MIRABILIS VENTURES, INC., respectfully request this Honorable Court to continue the trial until the January 3, 2010 trial term, or at a later date as this Court may deem proper.

Dated this 19th day of November, 2009.

| | |
|---|---|
| BARRETT, CHAPMAN, & RUTA, P.A.<br>18 Wall Street<br>Orlando, FL 32801<br>lee@bcrlaw.net<br>Tel: (407) 839-6227<br>Fax: (407) 648-1190<br>Attorneys for Defendants<br>lee@bcrlaw.net<br><br>s/Richard Lee Barrett<br>Richard Lee Barrett<br>Florida Bar #0407161 | I. Randall Gold<br>Assistant United States Attorney<br>Deputy Chief, Orlando Division<br>501 West Church Street, Suite 300<br>Orlando, Florida 32805<br>randy.gold@usdoj.gov<br>Tel: (407) 648-7506<br>Fax: (407) 648-7643<br><br>s/I. Randall Gold<br>I. Randall Gold<br>Florida Bar # 268062 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

I. Randall Gold
Assistant United States Attorney
Deputy Chief, Orlando Division
501 West Church Street, Suite 300
Orlando, Florida 32805
randy.gold@usdoj.gov

Frank L. Amodeo
2875 South Orange Avenue
Suite 500 – PMB 1810
Orlando, Florida 32806

                                        BARRETT, CHAPMAN, & RUTA
                                        18 Wall Street
                                        P.O. Box 3826
                                        Orlando, FL 32802-3826
                                        Tel: (407) 839-6227
                                        Fax: (407) 648-1190
                                        Attorneys for Defendants

                         By:    s/Richard Lee Barrett
                                Richard Lee Barrett
                                Florida Bar #0407161