UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

AEM, INC., d/b/a MIRABILIS HR,                  CASE NO.: 6:08-cr-231-Orl-28KRS
AQMI STRATEGY CORPORATION,
MIRABILIS VENTURES, INC.,
PRESIDION SOLUTIONS, INC., and
PROFESSIONAL BENEFIT SOLUTIONS,
d/b/a PRESIDION SOLUTIONS VII, INC.

## DEFENDANT MIRABILIS VENTURES, INC.'S
## WAIVER OF SPEEDY TRIAL

The undersigned Defendant, MIRABILIS VENTURES, INC., having been fully advised of its rights under Title 18, U.S.C. 3161 *et seq.*, known as the "Speedy Trial Act," and fully understanding the same, does hereby waive all of its rights and entitlements under and by virtue of said Act through May 31, 2010, and, after being advised of the continuance of the trial in this action currently scheduled for April 5, 2010, Defendant hereby waives its right to a speedy trial in this cause for that purpose and consents to the continuance of this case.

Dated this 22nd day of March, 2010.

MIRABILIS VENTURES, INC.:                       Respectfully submitted,

By: _____         BARRETT, CHAPMAN, & RUTA
      R. W. Cuthill, Jr., President                       18 Wall Street
                                                              Orlando, FL 32801
                                                              Tel: (407) 839-6227
                                                              Fax: (407) 648-1190
                                                              Attorneys for Defendant
                                                              MIRABILIS VENTURES, INC.

                                             By:    s/Richard Lee Barrett
                                                              Richard Lee Barrett
                                                              Florida Bar #0407161

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

I. Randall Gold
Assistant United States Attorney
Deputy Chief, Orlando Division
501 West Church Street, Suite 300
Orlando, Florida 32805
randy.gold@usdoj.gov

Frank L. Amodeo
2875 South Orange Avenue
Suite 500 – PMB 1810
Orlando, Florida 32806

                              BARRETT, CHAPMAN, & RUTA
                              18 Wall Street
                              P.O. Box 3826
                              Orlando, FL 32802-3826
                              Tel: (407) 839-6227
                              Fax: (407) 648-1190
                              Attorneys for Defendants MIRABILIS VENTURES, INC.

                    By:    s/Richard Lee Barrett
                              Richard Lee Barrett
                              Florida Bar #0407161