# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                          **Case No.  6:08-cr-231-Orl-28KRS**

**AEM, INC.**
**HOTH HOLDINGS, LLC.**
**MIRABILIS VENTURES, INC.**
_____

## NOTICE OF CHANGE OF PLEA HEARING

**TAKE NOTICE** that a **Change of Plea hearing** is scheduled for **TUESDAY, APRIL 27,**

**2010** at **9:30 A.M.**  This hearing will be held before the **Honorable Karla R. Spaulding** in

**Courtroom No. 5D, Fifth Floor**, U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida. The

Defendant is required to be present.

If there have been any representations or promises made to the Defendant, including that the

United States will recommend that the case be handled in an expedited manner, such representations

and promises must be set forth in a written document filed with the Court before the Change of Plea

hearing begins.

If the Defendant intends to enter a plea of guilty without the benefit of a plea agreement, the

United States and counsel for the Defendant shall jointly file with the Court, before the Change of

Plea hearing, a Notice of Essential Elements and Maximum Penalties.  This notice shall set forth the

essential elements of each offense to which the Defendant proposes to plead guilty with supporting

citation to the Eleventh Circuit Pattern Jury Instructions or other authority.  This notice shall set forth

the maximum (and minimum) term of imprisonment, maximum fine, maximum (and minimum) term

of supervised release and the special assessment applicable to each offense to which the Defendant

intends to plead guilty with supporting statutory citations.

**If the Defendant does not speak English, it is the responsibility of counsel for the Defendant to make arrangements to have the Indictment or Information, Waiver of Indictment (if applicable), Plea Agreement or Notice of Essential Elements and Maximum Penalties, Consent to Proceed Before the Magistrate Judge and Consent to Institute a Presentence Investigation translated for the Defendant before the Change of Plea hearing begins.**

Failure to comply with the requirements of this Order may result in cancellation of the scheduled Change of Plea hearing.  If the Change of Plea hearing cannot be rescheduled before the beginning of the trial term, the parties must file a motion for permission to conduct the Change of Plea hearing after the beginning of the trial term.

A representative of each corporate defendant, with full authority from the Board of Directors to enter a plea on behalf of the corporation, must appear at the change of plea.  The representative cannot be trial counsel of record for any corporate defendant.


Dated: April 19, 2010

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

United States Attorney
United States Probation Office
Counsel for the Defendant


**PLEASE NOTE**:  Photo I.D. is required to enter the United States Courthouse.  Also, cellular telephones and laptop computers are prohibited in the Courthouse.