4/30/10

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**HONORABLE JOHN ANTOON II**               **MAY 2010 TRIAL CALENDAR**

The following cases have been set for trial before the **HONORABLE JOHN ANTOON II,** United States District Judge, during the trial term which commences the week of **MAY 3, 2010** in Courtroom #6B, Sixth Floor, United States Courthouse Annex, 401 W. Central Blvd., Orlando, Florida.

The cases are listed in the order in which they will be tried, although experience indicates that **at times cases may be called out of order**. Further, cases may be sent elsewhere in the District to be tried by any available District Judge, including visiting Judges. **Cases not reached during this trial term will be placed at the beginning of the following month's trial term.** For the convenience of counsel, the names and telephone numbers of all counsel are furnished so that counsel may keep themselves informed of the progress of the cases listed prior to their own.

Exhibit lists (original and two copies) shall be filed with the Courtroom Deputy Clerk at the beginning of trial. All exhibits are to be pre-marked in accordance with **Local Rule 3.07,** Middle District of Florida.

Counsel are reminded to advise the Court promptly of any development subsequent to the entry of this order which would in any way affect the trial of this case. Changes of pleas must be entered 72 hours prior to the start of the trial term. The Court will not accept any plea agreements after that date. Defendants will be required to plead to the indictment without regard to any agreement with the Government. In civil jury cases where the Court is not notified of settlement before a jury is called, the parties will be assessed jury costs.

**Counsel and their witnesses are expected to be available on TWENTY-FOUR HOURS notice.** Witnesses must wear proper business attire which includes the requirement that gentlemen wear coat and tie.

Note: Cellular telephones and computer equipment are prohibited where federal judicial proceedings of any kind are conducted, unless otherwise permitted by the judicial officer before whom the particular case or proceeding is pending.

## CRIMINAL JURY TRIALS

(Trial set Date Certain on 5/3/10)

| | | |
|---|---|---|
| 1. | **6:10-CR-35-ORL-35GJK**<br>UNITED STATES OF AMERICA<br><br>v.<br>RAMIRET B. DAVIS<br><br>LORANZO THOMAS | **(Est. 3-4 days)**<br>Vincent Chiu<br>(407) 648-7500<br><br>James W. Smith, III<br>(407) 648-6338<br>Stephen C. Mays<br>(321) 636-4488 |
| 2. | **6:08-CR-231-ORL-28KRS**<br>UNITED STATES OF AMERICA<br><br>v.<br>AEM, INC.<br>HOTH HOLDINGS, LLC<br>MIRABILIS VENTURES, INC. | **(Est. 5 days)**<br>I. Randall Gold<br>(407) 648-7500<br><br>Richard Lee Barrett<br>(407) 839-6227 |

## CIVIL JURY TRIALS

| | | |
|---|---|---|
| 3. | **6:08-CV-1568-ORL-28GJK**<br>MARIE BURKS, as Personal<br>Representative of Ricky Mills, Deceased<br>JACK MILLS<br>v.<br>KEVIN BEARY<br>CHESTER PARKER<br>BRIAN FIGUEROA | **(Est. 5 days)**<br>John W. Dill<br>Frank T. Allen<br>(407) 420-1414<br><br>Jeanelle G. Bronson<br>(407) 423-9545 |
| 4. | **6:08-CV-1572-ORL-28GJK**<br>ABDALLAH BAKRI<br><br><br><br>v.<br>CITY OF DAYTONA BEACH<br>JAMES ZIEHL<br>BRIAN MILLIGAN | **(Est. 5 days)**<br>David W. Glasser<br>(386) 252-0175<br>James R. Tanner<br>(386) 248-2400<br><br>Bruce R. Bogan<br>Deborah I. Mitchell<br>(407) 425-4251 |

## CIVIL NON-JURY TRIALS

(Set Date Certain on 5/24/10)

| | | |
|---|---|---|
| 5. | **6:08-CV-1028-ORL-28KRS** | **(Est. 5 days)** |
| | LILLIBRIDGE HEALTHCARE SERVICES, INC. | Andrew Grant Tretter<br>Kenneth H. Haney<br>(904) 346-5742 |
| | v. | |
| | HUNTON BRADY ARCHITECTS, P.A. | Frank A. Hamner<br>(407) 645-4549 |
| | HEERY INTERNATIONAL, INC. | Lilburn Rogers Railey, III<br>Patrick R. Delaney<br>(407) 648-9119 |

Copies to:
Judge Antoon's Chambers
Counsel of Record
U.S. Attorney's Office
Federal Public Defender
U.S. Pretrial Services
U.S. Marshal Service
U.S. Probation Office
Court Security Officers (3)