UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

        v.        CASE NO. 6:08-cr-231-Orl-28KRS

MIRABILIS VENTURES, INC.,
AEM, INC., and
HOTH HOLDINGS, LLC

### UNITED STATES' NOTICE OF PENALTIES AND ELEMENTS OF OFFENSES

The United States of America, by A. Brian Albritton, United States Attorney for the Middle District of Florida, hereby files it Notice of Penalties and Elements of Offenses.

    A.    <u>Maximum Penalties</u>

Counts One through Twenty each carry a maximum sentence of a term of probation of not less than one year nor more than five years and a fine of $400,000,000.00, and a special assessment of $400.00, said special assessment to be due on the date of sentencing. With respect to certain offenses, the Court shall order the corporate defendant to make restitution to any victim of the offenses, and with respect to other offenses, the Court may order the corporate defendant to make restitution to any victim of the offenses, or to the community, as set forth below. The United States is not seeking any additional fines or restitution beyond the amounts set forth in the Compromise of Controversy By and Between Debtors and the United States of America filed on November 25, 2008 and approved by the Bankruptcy Court. <u>See In re: Mirabilis Ventures, Inc.</u>, Case No. 6:08-bk-04327-KSJ; <u>In re: AEM, Inc.</u>, Case No. 6:08-bk-04681-KSJ; <u>In re: Hoth Holdings, LLC</u>, Case No. 6:08-bk-04328-KSJ.

1

B.     Elements of the Offenses

The elements of Count One (Conspiracy) are:

First:      Two or more persons, in some way or manner, came to a mutual understanding to try to accomplish a common and unlawful plan, as charged in the indictment;

Second:     The Defendant, through its agents, knowing the unlawful purpose of the plan, willfully joined in it;

Third:      One of the conspirators during the existence of the conspiracy knowingly committed at least one of the methods (or "overt acts") described in the indictment; and

Fourth:     Such "overt act" was knowingly committed at or about the time alleged in an effort to carry out or accomplish some object of the conspiracy.

The elements of Counts Two through Twenty (Wire Fraud) are:

First:      Defendant, through its agents, knowingly devised or participated in a scheme to defraud, or for obtaining money or property by means of false pretenses, representations or promises;

Second:     The false pretenses, representations or promises related to a material fact;

Third:      The Defendant, through its agents, did so willfully and with an intent to defraud; and

<u>Fourth</u>:    The Defendant, through its agents, transmitted or caused to be transmitted by wire in interstate commerce some communication for the purpose of executing the scheme to defraud.

        A. LEE BENTLEY, III
        Attorney for the United States,
        Acting Under Authority Conferred by
        28 U.S.C. § 515A

By: <u>*s/ I. Randall Gold*</u>
    Assistant United States Attorney
    Deputy Chief, Orlando Division
    Florida Bar Number 0268062
    501 West Church Street, Suite 300
    Orlando, Florida  32805
    Telephone:   (407) 648-7500
    Facsimile:    (407) 648-7643
    E-mail:         randy.gold@usdoj.gov

<u>U.S. v. MIRABILIS VENTURES, INC., et al.</u>      Case No. 6:08-cr-231-Orl-28KRS

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 14, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>AEM, INC., d/b/a Mirabilis HR
>MIRABILIS VENTURES, INC.
>HOTH HOLDINGS, LLC
>c/o Richard Lee Barrett, Esquire
>18 Wall Street
>Orlando, FL  32801

I hereby certify that on June 14, 2010, a true and correct copy of the foregoing document and the notice of electronic filing was sent by U.S. Mail to the following non-CM/ECF participant:

>N/A

*s/ I. Randall Gold*
Assistant United States Attorney
Deputy Chief, Orlando Division
Florida Bar Number 0268062
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail:     randy.gold@usdoj.gov