UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

    v.                                    CASE NO.  6:08-cr-231-Orl-28KRS
                                                      (Forfeiture)

**AEM, INC., d/b/a MIRABILIS HR,**
**HOTH HOLDINGS, LLC, and**
**MIRABILIS VENTURES, INC.**

## UNITED STATES' MOTION FOR FORFEITURE MONEY JUDGMENT

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves this Court pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2) for a Forfeiture Money Judgment in the amount of $200,000,000.00, which upon entry, shall become a final order of forfeiture as to the defendants AEM, Inc., d/b/a Mirabilis HR, Hoth Holdings, LLC., and Mirabilis Ventures, Inc.  In support of this motion, the United States submits the following memorandum of law.

## MEMORANDUM OF LAW

**I.**    **Statement of Facts**

    1.    On January 23, 2009, a twenty count Superseding Indictment was filed. Count One charged the defendants with a wire fraud conspiracy in violation of 18 U.S.C. § 371.  Counts Two through Seventeen charged the defendants with wire fraud in violation of 18 U.S.C. § 1343.  Counts Eighteen through Twenty charged Hoth Holdings, LLC with wire fraud in violation of 18 U.S.C. § 1343.  Doc. 30.  The Superseding

Indictment also contained forfeiture allegations, which noticed the defendants that the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), would seek to forfeit any and all of their right, title, and interest in property constituting and derived from any proceeds they obtained, directly or indirectly, as a result of such violations. *Id.* at 24.

2. On June 16, 2010, the Court accepted the nolo contendere plea of the defendants. Doc. 147.

3. The defendants' sentencing is scheduled for July 21, 2010, at 11:00 a.m. Doc. 148.

## II. **Applicable Law**

The Court's authority to order forfeiture of property for a substantive violations of, or conspiracy to violate, 18 U.S.C. § 1343 is found upon 18. U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461. Section 981(a)(1)(C) provides for the civil forfeiture of any property, real or personal, which constitutes or is derived from proceeds from any offense constituting "specified unlawful activity" as defined in 18 U.S.C. § 1956(c)(7), or a conspiracy to commit such offenses. 18 U.S.C. § 981(a)(1)(C). A "specified unlawful activity," as defined in 18 U.S.C. § 1956(c)(7), includes offenses listed in 18 U.S.C. § 1961(1). Specifically, 18 U.S.C. § 1961(1) includes as an offense any act which is indictable under 18 U.S.C. § 1343. Criminal forfeiture of the proceeds of a specified unlawful activity is authorized by 28 U.S.C. § 2461(c), which provides that "[i]f a person is charged in a criminal case with a violation of an Act of Congress for which the civil or criminal forfeiture of property is authorized, the Government may include notice of the

forfeiture in the indictment or information pursuant to the Federal Rules of Criminal Procedure." 28 U.S.C. § 2461(c).

Rule 32.2(b)(1) requires that where, as here, the United States seeks a personal money judgment, the Court must determine the amount of money that the defendant will be ordered to pay. In this instance, the parties have previously agreed that the amount of the proceeds obtained as a result of the violations charged in the Indictment is $200,000,000.00.[1] As evidenced by the Motions for Approval of Compromise of Controversy By and Between Debtors and the United States of America filed on November 25, 2008 and approved by the Bankruptcy Court, *see In re: Mirabilis Ventures, Inc.*, Case No. 6:08-bk-04327-KSJ; *In re: AEM, Inc.*, Case No. 6:08-bk-04681-KSJ; *In re: Hoth Holdings, LLC*, Case No. 6:08-bk-04328-KSJ, the defendants and the United States agreed the defendants would be liable for a $200,000,000.00 money judgment, representing the proceeds of the offenses charged in the indictment. By virtue of that money judgment, the defendants and the United States agreed that the United States would have a $200,000,000.00 claim against the bankruptcy estate. Moreover, the United States' Statement of Facts, Doc. 146, details how the wire fraud was committed.

Once the court determines the total amount of the proceeds, Rule 32.2 requires that a preliminary order of forfeiture be entered. Fed. R. Crim. P. 32.2(b)(2).

---

[1] By the United States' calculations, the proceeds of the offense are $200,098,423.32, which reflects the federal employment taxes collected by the PEOs but not paid to the IRS for the 4th Quarter of 2004 for Sunshine Companies III and Sunshine Staff Leasing as well as for the 2nd through 4th Quarters of 2005 and all of 2006 for PBS.

**Motion for Forfeiture Money Judgment - Page 3**

Accordingly, the United States asserts that it is entitled to a forfeiture money judgment in the amount of $200,000,000.00 as to defendants AEM, Inc., d/b/a Mirabilis HR, Hoth Holdings, LLC., and Mirabilis Ventures, Inc.

The Defendants shall be jointly and severally liable with co-conspirator Frank Amodeo, who has already been sentenced. The net proceeds of any asset directly forfeited from Frank Amodeo as property constituting or traceable to proceeds of the counts of conviction or otherwise paid by the corporate defendants to the United States in accordance with the Compromise of Controversy shall be credited in partial satisfaction of the money judgment.

### III. Conclusion

WHEREFORE, the United States respectfully requests that this Court enter a Money Judgment in the amount of $200,000,000.00 against defendants AEM, INC., d/b/a Mirabilis HR, Hoth Holdings, LLC, and Mirabilis Ventures, Inc., for which they are

jointly and severally liable, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2).

        Respectfully submitted,

        A. LEE BENTLEY III
        Attorney for the United States,
        Acting Under Authority Conferred by
          28 U.S.C. § 515

By:   s/Anita M. Cream
      ANITA M. CREAM
      Florida Bar No. 56359
      Assistant United States Attorneys
      400 North Tampa Street, Suite 3200
      Tampa, Florida 33602
      (813) 274-6301 - telephone
      (813) 274-6220 - facsimile
      E-mail: anita.cream@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 30, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Richard Lee Barrett, Esquire

        s/Anita M. Cream
        ANITA M. CREAM
        Assistant United States Attorney