

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                  CASE NO. 6:08-cr-231-Orl-28KRS
                                           (Forfeiture)

**AEM, INC., d/b/a MIRABILIS HR,**
**HOTH HOLDINGS, LLC, and**
**MIRABILIS VENTURES, INC.**

### FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the filing of the United States' Motion for Money Judgment in the amount of $200,000,000.00, which, upon entry, shall become a final order of forfeiture as to defendants AEM, Inc., d/b/a Mirabilis HR, Hoth Holdings, LLC, and Mirabilis Ventures, Inc.

Being fully advised in the premises, the Court hereby finds that the United States has established that the defendants obtained at least $200,000,000.00 as the result of the conspiracy to commit wire fraud charged in Count One, and the wire fraud charged in Counts Two through Twenty of the Superseding Indictment, in violation of 18 U.S.C. §§ 371 and 1343. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that for good cause show, the United States' motion is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the United States is entitled to a Forfeiture Money Judgment in the amount of $200,000,000.00 against the defendants AEM, Inc., d/b/a Mirabilis HR, Hoth Holdings,

LLC, and Mirabilis Ventures, Inc., for which they are jointly and severally liable with Frank L. Amodeo. *See United States v. Frank L. Amodeo*, Case No. 6:08-cr-176-Orl-28GJK.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendants, which the United States is entitled to seek as substitute assets, up to the amount of the $200,000,000.00 forfeiture money judgment, and to entertain any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Orlando, Florida this 2nd day of July, 2010.

UNITED STATES DISTRICT JUDGE