# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                                **Case No. 6:08-cr-231-Orl-28KRS**

**MIRABILIS VENTURES, INC.**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | I. Randall Gold |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Richard Lee Barrett |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | David Salce |
| **DATE/TIME:** | July 21, 2010 11:55-12:15 p.m. | **INTERPRETER:** | None |

### CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant entered a plea of nolo contendere to Counts One and Two through Seventeen of the Superseding Indictment.

Fine and costs of imprisonment/supervision:     Waived.

Special Assessment:     $6,800.00 due immediately.

Forfeiture pursuant to:     Superseding Indictment.

Restitution in the amount of $200,000,000.00 to be paid jointly and severally with AEM, Inc., Hoth Holdings, LLC. and Frank Amodeo.  This order is to be consistent with the money judgment already entered in this case which is being administered by the Bankruptcy Court which presently has jurisdiction over the Corporate Defendants.

Additional remarks:     Defendant is advised of right to appeal.