UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



UNITED STATES OF AMERICA

-vs-

MIRABILIS VENTURES, INC.

Case Number: 6:08-CR-231-ORL-28KRS

Richard Lee Barrett, Retained
18 Wall Street, P.O. Box 3826
Orlando, Florida 32802-3826

## JUDGMENT IN A CRIMINAL CASE
(For Organizational Defendants)

The organizational defendant pleaded nolo contendere to Counts One through Seventeen of the Superseding Indictment which was accepted by the Court.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to defraud the United States to impede the function of the Internal Revenue Service | February 2007 | One |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | December 13, 2004 | Two |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | December 20, 2004 | Three |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | June 10, 2005 | Four |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | June 17, 2005 | Five |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | July 22, 2005 | Six |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | July 29, 2005 | Seven |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | November 2, 2005 | Eight |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | November 28, 2005 | Nine |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | January 9, 2006 | Ten |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | February 14, 2006 | Eleven |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | March 17, 2006 | Twelve |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | April 21, 2006 | Thirteen |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | May 15, 2006 | Fourteen |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | May 19, 2006 | Fifteen |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | July 28, 2006 | Sixteen |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud | December 11, 2006 | Seventeen |

Case No. 6:08-cr-231-Orl-28KRS
Mirabilis Ventures, Inc

The defendant organization is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts One through Seventeen of the Original Indictment are dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant organization shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

7/21/2010

_____
JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

July ___27___, 2010

AO 245B (Rev. 4/09) Judgment in a Criminal Case

Case No. 6:08-cr-231-Orl-28KRS
Mirabilis Ventures, Inc.

## CRIMINAL MONETARY PENALTIES

The defendant organization shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $6,800.00<br>Due Immediately | No Fine Imposed | $200,000,000.00 |

The defendant organization shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

## SCHEDULE OF PAYMENTS

The defendant organization shall pay restitution in the amount of $200,000,000.00 to be paid jointly and severally with AEM, Inc., Hoth Holdings, LLC, and Frank L. Amodeo. This order is to be consistent with the money judgment already entered in this case which is being administered by the Bankruptcy Court which presently has jurisdiction over the Corporate Defendants.

## FORFEITURE

The defendant organization shall forfeit to the United States those assets previously identified in the Superseding Indictment that are subject to forfeiture.