UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 6:08-CR-231-ORL-28KRS |
| | ) |
| MIRABILIS VENTURES, INC. | ) |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**
**FOR THE UNITED STATES OF AMERICA**

PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney hereby enters her appearance as an additional attorney for the United States of America in this case as to all post-judgment issues and requests that the Court e-mail all notices to the undersigned, in addition to all other attorneys of record for the United States.

The clerk is requested to enter the appearance of the undersigned as an additional counsel of record for the United States.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: s/ Patricia A. Willing
PATRICIA A. WILLING
Assistant United States Attorney
Florida Bar Number 340251
ATTN: Beverly E. Hill
Financial Litigation Unit
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6038
Facsimile: (813) 274-6247
E-mail: FLUDocket.mailbox@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 20, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

    Mirabilis Ventures, Inc.
    c/o R.W. (Bill) Cuthill, Jr.
    341 North Maitland Avenue, Suite 210
    Maitland, Florida  32862-2227


                                s/ Patricia A. Willing
                                Assistant United States Attorney